Michael Allen Roth
Mailing address: P.O. Box 422
Quartzsite, Arizona, 85346
Residence address: 55 E. Kuehn Rd.
Quartzsite, Arizona, 85346
(928) 927-8888
mrotha1@aol.com

```
                    FILED    ____ LODGED
                 ____ RECEIVED ____ COPY
                      JUN 13 2012
                 CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                 BY_____ P DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Michael Allen Roth, | |
|---|---|
| Plaintiff, | **COMPLAINT** |
| | CV-12-1268-PHX-SLG |
| v. | § 1983 Action |
| Town of Quartzsite; Jeff Gilbert and Sondra Gilbert, husband and wife; Rick Paterson; Xavier Frausto and Terry Frausto, husband and wife; Individual Does I-X, | Jury Trial Demanded |
| Defendants. | |

Plaintiff, Michael A. Roth, for his Complaint against all Defendants alleges as follows:

**Jurisdiction**

1. This action is brought pursuant to 42 U.S.C. § 1983. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343(3) and (4). This Court also has jurisdiction pursuant to 28 U.S.C. §§ 2201 and 2002 to declare the rights of the parties and to grant all further relief found necessary and proper.

Plaintiff further invokes the supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367 (a).

2. This Court has personal jurisdiction over the defendants, who are located in the District of Arizona.

3. Venue is proper in the District of Arizona pursuant to 28 U.S.C. § 1391(a) in that the defendants are subject to personal jurisdiction within the District of Arizona and the events that give rise to this action occurred within the District of Arizona.

4. Plaintiff, Michael A. Roth, is an adult residing within the County of La Paz, Town of Quartzsite, State of Arizona.

5. Defendant Town of Quartzsite (referred to as "the Town") is a municipality organized under the laws of the state of Arizona and owns, operates, manages, directs and controls the Quartzsite Police Department, which employed other defendants.

6. Defendant Jeff Gilbert (referred to as "Chief Gilbert") was at all relevant times the Chief of the Quartzsite Police Department, and employed by the Quartzsite Police Department. Defendants Jeff Gilbert and Sondra Gilbert are, at all times relevant, husband and wife residing in La Paz County, Arizona. At all times relevant, Defendant Jeff Gilbert held the position of Chief of Police in and for the Town of Quartzsite. All actions taken by Defendant Jeff Gilbert were on behalf of the marital community. On June 14, 2011, Chief Gilbert, acting under color of law and pursuant to the policies of the Town of Quartzsite, approved of, directed, and supervised the unlawful arrest and

imprisonment, without probable cause, of Plaintiff Roth, on account of his perceived political expression, and because of his opposition to the policies of the Town and of Chief Gilbert. Chief Gilbert is named herein in his individual capacity.

7. Defendant Officer Rick Paterson, #43 (referred to as "Officer Paterson"), was at all relevant times a Police Officer employed by the Quartzsite Police Department. On June 14, 2011, Defendant Officer Paterson, acting under color of law and pursuant to policies of the Town, participated in the arrest without probable cause, of Mr. Roth, on account of his perceived political expression, and because of his opposition to the policies of the Town and of Chief Gilbert. Defendant Officer Paterson is named herein in his individual capacity.

8. Defendant Officer Xavier Frausto, #15 (referred to as "Officer Frausto"), was at all relevant times a Police Officer employed by the Quartzsite Police Department. Defendants Xavier Frausto and Terry Frausto are, at all times relevant, husband and wife residing in La Paz County, Arizona. At all times relevant, Defendant Xavier Frausto held the position of Police Officer in and for the Town of Quartzsite. All actions taken by Defendant Xavier Frausto were on behalf of the marital community. On June 14, 2011, Defendant Officer Frausto, acting under color of law and pursuant to policies of the Town, participated in the arrest without probable cause, of Mr. Roth, on account of his perceived political expression, and because of his opposition to the policies of the Town and of Chief Gilbert. Defendant Officer Paterson is named herein in his individual capacity.

9. The fictitiously named Defendants Individual Does I-X in the caption to the Complaint are individuals who may have in some manner contributed to Plaintiff's injuries and damages and are therefore liable. The true names for said Defendants are unknown to Plaintiff at this time. Once the identities of these Defendants are discovered, leave of Court will be sought to amend this Complaint accordingly. The Doe defendants are named herein in their individual capacities.

### Factual Allegations

10. On or about June 14, 2011, beginning at approximately 6:45 PM, Plaintiff Michael Roth was present in the audience of a Quartzsite Town Council meeting. A video of the entire meeting is available for viewing online at http://www.youtube.com/watch?v=R_pa3RPsrX8&feature=youtu.be

11. Defendant Chief Gilbert, Defendant Officer Paterson, and Defendant Officer Frausto, were on duty and present at that Quartzsite Town Council meeting.

12. The Town of Quartzsite retained command, control, and authority over and was responsible for the actions of the Defendant police officers and other officers present at that Town Council meeting.

13. Present at the meeting were ten off-duty Quartzsite police officers (seen on the video up front, in red shirts) who had brought allegations of criminal wrongdoing against Chief Gilbert.

14. Also present at the meeting were supporters of the officers, most of them town residents, wearing red hats or shirts.

15. The ten police officers had made the allegations of criminal wrongdoing against Chief Gilbert in a May 10, 2011 letter, under the letterhead of the Quartzsite Police Officers Association, addressed to the Quartzsite Town Council and Town Manager. (available online at http://www.scribd.com/doc/59823583/Quarlzsite-Police-Officers-Association-Letter-regarding-Police-Chief).

16. That letter from the ten Quartzsite police officers was delivered to each member of the Town Council and also to the Town Manager.

17. The letter from the ten Quartzsite police officers was also delivered to the Arizona Peace Officer Standards and Training Board (AZPOST) on May 11, 2011, requesting an investigation into wrongdoing by Chief Gilbert.

18. Among the allegations brought by the officers against Chief Gilbert in that May 10, 2011 letter were: "**He runs license plates just to find out names of people whose vehicles are parked at businesses/residences of people he doesn't like. Not for an investigation, but to gain personal Information about people for his political benefit. He runs criminal history reports through NClC to try to find "dirt" on candidates or citizens supporting the candidates he does not like …. He orders officers to pull over and arrest/cite violations of citizens he feels are against him or he doesn't like. Not because they have committed a violation that he wants enforced equally, but because it is someone he doesn't like. Clearly this is a misuse of his power.**"

19. During the Call to the Public portion of the meeting, John Stair, at the time Vice President of the Arizona Conference of Police and Sheriffs (AZCOPS), spoke on behalf of the ten Quartzsite officers, and testified about the seriousness of the allegations against Chief Gilbert, quoting from their May 10, 2011 letter (beginning at the 36:40 mark of the video available online at http://www.youtube.com/watch?v=R_pa3RPsrX8&feature=youtu.be

20. At the 42.38 minute mark, Mr. Stair notes that the Town of Quartzsite, in the wake of the allegations against Chief Gilbert, is not following its own policy of placing an officer on administrative leave when serious allegations of criminal wrongdoing are brought against the officer. Mr. Stair urged the Town to place Chief Gilbert on administrative leave during the pending investigation into the alleged wrongdoing.

21. Despite the serious allegations brought by the ten Quartzsite officers against their own Chief, and despite ongoing investigations into the alleged wrongdoing by Chief Gilbert by the State of Arizona and by the F.B.I, the Town of Quartzsite has not placed Chief Gilbert, or any of the other officers accused of violating the rights of citizens and accused of criminal wrongdoing, on administrative leave.

22. Toward the end of the June 14, 2011 Town Council meeting, after the AZCOPS representative finished speaking, a Quartzsite resident stepped to the podium and microphone to make a public comment, but the Town Manager attempted to shut down the meeting, stating "this meeting is over."

23. Other residents, including Mr. Roth, then stepped up to the podium, to speak (at 44:02 of the above noted video).

24. Mr. Roth made a thumbs down gesture toward Chief Gilbert and said "boo Jeff Gilbert" (at 44:17 of video).

25. At that moment, Quartzsite resident Barbara Bowman, seen in the video in a white sweater, with her back to the camera, walked up to Mr. Roth and jabbed a finger into his side and angrily told him to leave (as noted by Officer Paterson in his later arrest report).

26. Mr. Roth can be heard on the video (which was visually blocked by a person at that moment) telling the officers present "hey, she just assaulted me!" (at 44:22 of video).

27. A few seconds later, former Quartzsite Mayor Steve Bennett, wearing a white shirt and white cap, approached from out of the audience and grabbed Mr. Roth roughly by the arm and shirt (at 44:38 of the video) while Chief Gilbert, Officer Paterson, and Officer Frausto, just a few feet away, watch. Mr. Roth responded to Mr. Bennett grabbing his shirt and arm by raising his arm in an upward gesture to pull his arm free from the man's grip while saying "let go of me man!"

28. Officer Frausto, who had just watched Steve Bennett grab Mr. Roth by the shirt and arm, then stepped forward and grabbed Mr. Roth by the arm and twisted it behind Mr. Roth's back to cuff him.

29. Officer Paterson, who had been standing within a few feet of Mr. Roth, next to the Chief of Police, Jeff Gilbert, assisted in arresting Mr. Roth.

30. Without trying to calm down the situation or investigate, these officers placed Mr. Roth, who had just been assaulted twice right in front of them, under arrest and walked him out of the building in full display of the citizens of the community. A short video of the arrest itself is available online at: http://www.youtube.com/watch?v=K_ZnDS5W4O8&sns=em&noredirect=1

31. As Mr. Roth was arrested, supporters of the Town Council and the Chief of Police cheered.

32. Mr. Roth was charged with disorderly conduct and resisting arrest and held in jail for approximately twenty hours.

33. Those charged were later dropped and the County Attorney refused a request by Chief Gilbert to prosecute Mr. Roth for Felony Resisting Arrest for that June 14, 2011 arrest.

34. The arrest on June 14, 2011 was the second time Mr. Roth had been wrongfully arrested. The first time was on April 13, 2010, with two charges of disorderly conduct. Those charges and convictions were overturned by the Arizona Court of Appeals on December 22, 2011 for insufficient evidence (that decision is available online at http://azcourts.gov/Portals/89/memod/CR/CR100994.pdf).

35. On January 3, 2012, La Paz County Attorney Samuel Vederman sent a letter to F.B.I. agent Frank Farley of the Public Corruption Unit, requesting that the F.B.I.

conduct an investigation into criminal wrongdoing by Chief Gilbert and the Quartzsite Police Department, stating: "**I believe the circumstances warrant an investigation for the following reasons .... Chief Jeff Gilbert has requested felony charges against certain citizens for which I believe no criminal conduct occurred, or, at the very least, did not rise to the level of felony conduct: Russell Sias (Aggravated Assault on a Peace Office), Jennifer Jones (Influencing a Witness), Michael Roth (Resisting Arrest) and Ed Foster (Obstructing a Criminal Investigation) .... The Town, through Councilwoman Patricia Anderson, publicly criticized this office for declining to prosecute Michael Roth for an incident that took place at a Town Council meeting in June 2011** [the June 14, 2011 arrest at issue in this complaint], **It is the same incident in Which Chief Gilbert requested this office charge Mr. Roth with felony Resisting Arrest.**" Mr. Vederman's letter is available online at http://aview.info/A-View/Library/PDF/La%20Paz/VEDERMAN/Vederman-12-01-03-FBI-letter.pdf

## Claims

### FIRST CAUSE OF ACTION

### FIRST AMENDMENT RIGHT TO FREE SPEECH, PRESS AND ASSEMBLY
(All Defendants)

36.    Plaintiff Roth incorporates by reference the allegations of the preceding paragraphs as though set forth at length herein.

-9-

37    Mr. Roth's actions and speech while attending the June 14, 2011 Town Council meeting are expression and action that is protected by the First Amendment to the United States Constitution.

38.    Defendants violated the First Amendment free speech, free assembly, and free press rights of Mr. Roth when they arrested him with no probable cause to do so, after personally witnessing two other individuals assault Mr. Roth.  Chief Gilbert stood by and watched as his two officers, Paterson and Frausto, arrested Mr. Roth for no apparent reason other than his pointing out that he had just been assaulted.

39.    As is well documented by the above noted letter of the ten Quartzsite officers as well as the letter to the F.B.I. from the La Paz County Attorney, Mr. Roth was targeted for arrest by the Defendants solely because of his speech – his opposition to the Town and to the Policies of Chief Gilbert.   These acts were done with malicious intent, thus punitive damages are appropriate.

40.    Defendants' actions and omissions, as more fully described in the factual section of this Complaint, constitute violations of Plaintiff's rights, privileges and immunities, as secured by the First, Fourth and Fourteenth Amendments to the United States Constitution.  Said rights, privileges and immunities include the right to free speech and the right to peacefully assemble, the right to participate in the political process, and the right to criticize public officials and the conduct and procedures of law enforcement officials.

## SECOND CAUSE OF ACTION
## FOURTH AMENDMENT RIGHT TO BE FREE FROM UNREASONABLE SEARCHES, SEIZURES, FALSE ARREST, AND FALSE IMPRISONMENT
(All Defendants)

41. Plaintiff Roth incorporates by reference the allegations of the preceding paragraphs as though set forth at length herein.

42. Defendants' actions and omissions, as more fully described in the factual section of this Complaint, constitute violations of Plaintiff's rights, privileges and immunities, as secured by the Fourth and Fourteenth Amendments to the United States Constitution. Said rights, privileges and immunities include the right to bodily integrity, the right to be free from unreasonable searches and seizures and the right to be free from false arrest and imprisonment. Defendants' acts were done with malicious intent, thus punitive damages are appropriate.

## THIRD CAUSE OF CTION
## FIRST AMENDMENT RIGHT TO BE FREE FROM RETALIATION
(All Defendants)

43. Plaintiff incorporates by reference the allegations of the preceding paragraphs as though set forth at length herein.

44. The participation in the political process, commentary and criticizing of public officials and policy, and political demonstrations, is expression and action that is protected by the First Amendment to the United States Constitution.

45. Defendants' detention, arrest, and imprisonment of Mr. Roth for engaging in constitutionally protected speech and political activity constituted unlawful retaliation in violation of his First Amendment rights. These acts were done with malicious intent, thus punitive damages are appropriate.

## FOURTH CAUSE OF ACTION
## FOURTH AMENDMENT RIGHT TO BE FREE FROM MALICIOUS PROSECUTION
(All Defendants)

46. Plaintiff incorporates by reference the allegations of the preceding paragraphs as though set forth at length herein.

47. Defendants' actions in authorizing and/or directing and requesting the filing of criminal charges against the Plaintiff without probable cause violated Plaintiff's Fourth Amendment right to be free from malicious prosecution. These acts were done with malicious intent, thus punitive damages are appropriate.

## FIFTH CAUSE OF ACTION
## FAILURE TO TRAIN, ENACT AND IMPLEMENT POLICIES TO PREVENT ABUSE, SUPERVISE AND DISCIPLINE
(Town of Quartzsite)

48. The failure of Defendant Town of Quartzsite to properly train, enact policies to prevent abuse of civil rights, and failure to supervise and discipline police officers to prevent abuse and violation of constitutionally protected rights, even in the face of overwhelming evidence of abuse and violation of rights, to the level of criminal activity, constitutes deliberate and willful

indifference to the rights of those who come into contact with the Quartzsite Police Department.

49. Plaintiff's injuries were the direct and proximate result of Defendant Town of Quartzsite's failure to provide training and supervision to the police officers serving in its police department, and failure to place Chief Gilbert on administrative leave even after requests to do so by ten of the Quartzsite Police Department officers and by AZCOPS, even after the initiation of formal state investigations and even after being given a copy of the letter to the F.B.I. from La Paz County Attorney Samuel Vederman, requesting a federal criminal investigation for corruption and abuse of power.

50. The need for training and supervision of the individual Defendants, as well as the need to place Chief Gilbert on administrative leave pending investigation, was and should have been plainly obvious to the Town of Quartzsite policymakers.

51. Defendants' actions and omissions, as more fully described in the factual section of this Complaint, constitute violations of the rights, privileges and immunities guaranteed by the First, Fourth and Fourteenth Amendments to the United States Constitution. Said rights privileges and/or immunities include right of free speech and engaging in the political process, the right to be free from unreasonable searches and seizures and the right to bodily integrity. These acts were done with malicious intent, thus punitive damages are appropriate.

**Demand and Prayer for Relief**

Wherefore, Plaintiff respectfully requests that the Court:

1. Exercise jurisdiction over this action;

2. Award appropriate compensatory damages against all Defendants;

3. Award appropriate punitive damages against each of the Defendants since these acts were done with malicious intent, thus punitive damages are appropriate; and

4. Grant such other relief as may be appropriate, including the award of reasonable attorneys' fees, litigation expenses, and costs.

JURY DEMAND

Plaintiff demands a trial by jury for all issues so triable.

RESPECTFULLY SUBMITTED this 13th day of June, 2012.

_____
Michael Allen Roth
Mailing address: P.O. Box 422
Quartzsite, Arizona, 85346
Residence address: 55 E. Kuehn Rd.
Quartzsite, Arizona, 85346
(928) 927-8888
mroth a1@aol.com