IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL ALLEN ROTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TOWN OF QUARTZSITE; JEFF GILBERT, and SONDRA GILBERT, husband and wife; RICK PATERSON; XAVIER FRAUSTO and TERRY FRAUSTO, husband and wife; INDIVIDUAL DOES I-X, | ) ) ) ) ) ) ) |
| | ) Case No. 2:12-cv-1268-PHX-SLG |
| _____ | ) |

**ORDER FROM CHAMBERS**
*Basic Procedures and Modification to Local Rules*

This action has been assigned to Judge Gleason for all further proceedings. To facilitate the disposition of this case, the following procedures are established.

1. Except as otherwise set out in this order or a subsequent order, the District of Arizona Local Rules ("LRCiv.") apply.

2. Oral argument on dispositive motions, if held, will usually be heard in a courtroom in Phoenix, Arizona. Oral argument on non-dispositive motions. If held, will usually be heard telephonically in a courtroom in Anchorage, Alaska. Each calendaring order will indicate if the hearing will be held in Arizona or heard telephonically.

3. If counsel conclude that an order setting a matter on for hearing requires clarification, counsel should contact Judge Gleason's judicial assistant, Ms. Anne Masneri, at least one business day in advance of the hearing at (907) 677-6253.

4. All telephonic hearings will be recorded, and the CD will be forwarded to the United States District Court in Phoenix. To request a transcript of a hearing, the parties are directed to contact the court personnel in Arizona and follow that court's procedures.

5. When a case is set for trial, trial will be held in Arizona.

6. It is not appropriate to communicate with the assigned judge by writing letters. Communications must be in papers filed with the Clerk of Court, e.g., motions, notices, and status reports.

7. In compliance with Arizona's local rules regarding CM/ECF, **all proposed orders** should be submitted [e-mailed] in either Word or WordPerfect format to: GleasonProposedOrders@akd.uscourts.gov.

8. The Arizona Electronic Case Filing Administrative Policies and Procedures Policy on Courtesy Copies for Chambers that directs the transmittal of paper courtesy copies of certain filings to chambers does not apply to cases assigned to Judge Gleason unless counsel are otherwise specifically notified. [*See* Section 3 at pp. 9-10 of Arizona Electronic Case Filing Administrative Policies and Procedures Manual]

DATED in Anchorage, Alaska this 18th day of October, 2012.

 */s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE