Elmer Stewart Rhodes, Pro Hac Vice, Montanan Bar No. 8128
**LAW OFFICE OF ELMER STEWART RHODES**
432 E. Idaho St., Suite C-231
Kalispell, Montana 59901
Tel: (406) 882-4242
Fax: (406) 755-8335
Email: rhodeslegalwriting@gmail.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Allen Roth,<br><br>Plaintiff,<br><br>v.<br><br>Town of Quartzsite; Jeff Gilbert and Sondra Gilbert, husband and wife; Rick Paterson; Xavier Frausto and Terry Frausto, husband and wife; Individual Does I-X,<br><br>Defendants. | NO. 2:12-cv-01268-SLG<br><br>Stipulated Motion to Extend Time for All Discovery and Pretrial Scheduling Deadlines<br><br>(First Request) |

The above named parties hereby move for a two week extension of time for all discovery and pretrial scheduling deadlines in the Court's November 29, 2012 Scheduling and Planning Order. The reason for this motion is that Attorney for Plaintiff, Elmer Rhodes, has a close family member who has suffered a traumatic car accident, requiring him to travel out of state and away from his office for the past several weeks.

With the time extended by two weeks, the remaining deadlines would be:

Expert Witness Rebuttal Reports by **June 7, 2013**.

Final witness list, disclosing all lay and expert witnesses that a party may wish to call at trial, shall be served and filed not later than: **June 21, 2013**.

Discovery completed on or before **August 9, 2013.**

Motions under the discovery rules shall be served and filed not later than **June 28, 2013.**

Motions in limine shall be served and filed not later than **October 18, 2013**.

Dispositive motions shall be served and filed not later than **September 9, 2013**.

RESPECTFULLY SUBMITTED this 24th day of May, 2013.

By /s/Elmer Stewart Rhodes<br>
Elmer Stewart Rhodes<br>
432 E. Idaho St., Suite C-231<br>
Kalispell, Montanan 59901<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, State Bar No. 013979
**GRAIF, BARRETT & MATURA, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Tel: (602) 792-5700
Fax: (602) 792-5710
Email: lwahlin@gbmlawpc.com
*Attorneys for Defendants*

By /s/Elmer Stewart Rhodes