From: Attorney E. Stewart Rhodes

To: Michael Roth

Re: Notice of Withdrawal of Appearance in Civil Action No. 2:12-cv-01268-SLG, Roth v. Quartzsite

Michael,

I am sorry, but I need to withdraw from appearing as your attorney in your U.S. District Court case against the Town of Quartzsite, et al., (Civil Action No. 2:12-cv-01268-SLG), because of multiple family tragedies that have been devastating for me and my family and have exponentially increased my family obligations.

I now have to care for my brain injured adult sister after her daughter (my niece) was seriously injured and disfigured in a car accident in late April, 2013, in Nevada, wherein she lost an ear, among other severe injuries. Because of my niece's severe injuries, ongoing reconstructive surgery, and subsequent unemployment, she was unable to continue to care for her brain injured mother, and I have had to assume those considerable responsibilities of caring for my brain injured adult sister, who now lives with me and my family here in Montana.

Further, my elderly Mother-in-Law is very ill and has been hospitalized multiple times in the past four months. This has been very trying on my family, and it is now apparent that my wife and I will have to provide end-of-life care to her.

Both of these events have placed tremendous, overwhelming, time and emotional burdens on me and my family and I do not believe I can effectively represent you, long distance from Montana, under these circumstances. I will also be withdrawing from Jennifer Jones' cases there in Arizona, for the same reasons, and I will be confining my legal work to Montana.

I am sorry to have to do this, but I have no other choice. I need to focus on family, and I believe it is in your best interest that I withdraw so you can obtain new, local counsel who can commit more time to your case.

I am filing a motion to withdraw today. I encourage you to find new counsel as soon as possible. As you know, I have communicated with opposing counsel and have rescheduled your deposition to January 23, 2014, to give you time to find new counsel before that deposition. I have also filed a motion for an extension of time for you to respond to Defendant's motion to dismiss in this case,

asking the court to give you until January 21, 2014 to respond. I will be filing a similar motion to withdraw in your other case.

Once I withdraw, you, as the Plaintiff, will be personally responsible for complying with all court orders and time limitations established by any applicable rules. It would be best for you to secure a new attorney as soon as you can. Please email me back as soon as possible to confirm your received this notice of withdrawal, so I can note that in my motion.

I still believe your cause is just, but it is best served by new counsel. I have spent considerable funds on filing fees and on process servers for your cases, but I do not expect to be reimbursed for that, and instead, wish you to consider those expenditures as my donations to your cause. I wish you the best.

Respectfully,
Elmer Stewart Rhodes