**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Allen Roth,<br><br>    Plaintiff,<br><br>    v.<br><br>Town of Quartzsite; Jeff Gilbert and Sondra Gilbert, husband and wife; Rick Paterson; Xavier Frausto and Terry Frausto, husband and wife; Individual Does I-X,<br><br>    Defendants. | NO. 2:12-cv-01268-SLG<br><br>ORDER RE UNOPPOSED MOTION BY PLAINTIFF'S ATTORNEY ELMER STEWART RHODES TO WITHDRAW APPEARANCE AS ATTORNEY |

Upon consideration of the Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney (Docket 29), the Court hereby refers Mr. Rhodes to Local Rule 83.3 (b) of the Rules of Practice of the U.S. District Court for the District of Arizona which states:

> No attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefore **together with the name, last known residence and the last known telephone number of the client.**

It does not appear that this information has been included in the Unopposed Motion.

Accordingly, the Motion to Withdraw is DENIED without prejudice to renew upon the

1   submission of all of the necessary information.

2   DATED: this 17th day of December, 2013.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

2