Elmer Stewart Rhodes, Pro Hac Vice, Montanan Bar No. 8128
**LAW OFFICE OF ELMER STEWART RHODES**
432 E. Idaho St., Suite 231
Kalispell, Montana 59901
Tel: (406) 882-9010
Fax: (406) 755-8335
Email: rhodeslegalwriting@gmail.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Allen Roth,<br><br>Plaintiff,<br><br>v.<br><br>Town of Quartzsite; Jeff Gilbert and Sondra Gilbert, husband and wife; Rick Paterson; Xavier Frausto and Terry Frausto, husband and wife; Individual Does I-X,<br><br>Defendants. | NO. 2:12-cv-01268-SLG<br><br>Supplement to Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney |

COMES NOW Plaintiff's attorney, Elmer Stewart Rhodes, and pursuant to the Court's December 17, 2013 Order, supplements the Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney, by providing the name, last known residence and last known telephone number of the client, as follows:

Name of Client: Michael Allen Roth

Residential Address:
55 E. Kuehn Rd.
Quartzsite, Arizona, 85346

(as with all residences in Quartzsite, no mail is delivered to the residence, and all mail is delivered to a PO box instead).

Mailing Address:
PO Box 422
Quartzsite, AZ 85346

Phone: 928-927-8888

The above information is submitted as part of the Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney.

RESPECTFULLY SUBMITTED this 3rd day of January, 2014.

By /s/Elmer Stewart Rhodes
Elmer Stewart Rhodes
432 E. Idaho St., Suite C-231
Kalispell, Montanan 59901
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, State Bar No. 013979
Of Counsel
**RYLEY CARLOCK & APPLEWHITE**
One N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 440-4800
Fax: (602) 257-9582
Email: lwahlin@rcalaw.com
*Attorneys for Defendants*

By /s/Elmer Stewart Rhodes