1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF ARIZONA**

9

MICHAEL ALLEN ROTH,

NO. 2:12-cv-01268-PHX-SLG

10

Plaintiff,

11

v.

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE RESPONSE TO MOTION TO
DISMISS

12

TOWN OF QUARTZSITE; JEFF
GILBERT and SONDRA GAYLE
GILBERT, husband and wife; RICK
PATERSON; XAVIER FRAUSTO and
TERRY FRAUSTO, husband and wife;
INDIVIDUAL DOES I-X,

13
14
15
16

Defendants.

17

Upon consideration of Plaintiff's Motion to Extend Time to File Response to

18
19

Defendants' Motion to Dismiss for Lack of Prosecution  (Docket 28), and no opposition

20

having been filed, the Court hereby GRANTS the motion.  Plaintiff shall have up to and

21

including **January 21, 2014** in which to file his Response to the Motion to Dismiss

22

(Docket 27).

23
24

DATED: this 3rd day of January, 2014.

25

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

26
27
28