1  Elmer Stewart Rhodes, Pro Hac Vice, Montanan Bar
   No. 8128
2  **LAW OFFICE OF ELMER STEWART RHODES**
3  432 E. Idaho St., Suite 231
   Kalispell, Montana 59901
4  Tel: (406) 882-4242
   Fax: (406) 755-8335
5  Email: rhodeslegalwriting@gmail.com
6  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Allen Roth,<br><br>    Plaintiff,<br><br>v.<br><br>Town of Quartzsite; Jeff Gilbert and Sondra Gilbert, husband and wife; Rick Paterson; Xavier Frausto and Terry Frausto, husband and wife; Individual Does I-X,<br><br>    Defendants. | NO. 2:12-cv-01268-SLG<br><br>Plaintiff's Motion to Extend Time to File Response to Defendants' Motion to Dismiss For Lack of Prosecution<br><br>(Second Request) |

COMES NOW Plaintiff, Michael Allen Roth, through his attorney, Elmer Stewart Rhodes, and moves this Court for an extension of time for Plaintiff to file his Response to the Motion to Dismiss by Defendants for Lack of Prosecution to and including February 11, 2014, or for such time as this Court deems appropriate. Plaintiff's counsel has contacted counsel for the Defendants and they have stated that Defendants "take no position" on this motion.

The reason for this motion is that Plaintiff has not yet secured new counsel to assist him in effectively responding to the Motion to Dismiss filed by Defendants on November 22, 2013. Plaintiff fully intends to prosecute his case, and is

actively searching for new counsel to assist him, and needs three more weeks to secure that new counsel and to effectively respond. Still pending before this Court is the motion by Plaintiff's counsel, Elmer Stewart Rhodes, for leave to withdraw his appearance as attorney for Plaintiff in this case, because of multiple family tragedies, which have prevented him from providing Plaintiff with effective assistance in responding to the Motion to Dismiss.

As stated in Plaintiff's Counsel's Motion for Leave to Withdraw Appearance as Attorney, Plaintiff's counsel is withdrawing because he has to care for a brain injured adult sister after his niece (the daughter of his brain injured sister) was seriously injured and disfigured in a car accident in late April, 2013, wherein she lost an ear, among other severe injuries. Because of her injuries, ongoing reconstructive surgery, and subsequent unemployment, Plaintiff's niece was unable to continue to care for her brain injured mother, and Plaintiff had to assume those responsibilities of full time care for his brain injured adult sister, who now lives with him.

Further, Plaintiff's Counsel's elderly Mother-in-Law is terminally ill and has been hospitalized multiple times in the past four months, with it now apparent that Plaintiff's Counsel and his wife will have to provide end-of-life care to his Mother-

in-Law.

Both of these events have placed a tremendous time and emotional burdens on Plaintiff's Counsel and his family, including extensive travel out of state, moving his brain injured adult sister to Montana from Nevada and caring for her daily, and now additionally having to care for his Mother-in-Law, and Counsel does not believe he can effectively represent Plaintiff, Mr. Roth, under these circumstances, and Mr. Roth needs more time to find new counsel who can provide the effective representation and assistance he needs. Plaintiff expects to have more success at finding new counsel if/when Attorney Elmer Stewart Rhodes' motion to withdraw is granted.

Plaintiff does understand that if this Court grants this extension of time, and also grants attorney Elmer Stewart Rhodes' pending motion to withdraw as counsel in this case, that Plaintiff will be responsible for responding to the Motion to Dismiss as a pro se litigant if Plaintiff is unable to secure new counsel.

WHEREFORE the Plaintiff, through his legal counsel, prays that this Court grant his motion and enter its order allowing the Plaintiff to and including February 11, 2014, or such time as the Court deems proper, within which to file Plaintiff's Response to the November 22, 2013 Motion to Dismiss by Defendants.

RESPECTFULLY SUBMITTED this 21st day of January, 2014.

By /s/Elmer Stewart Rhodes
Elmer Stewart Rhodes
432 E. Idaho St., Suite 231
Kalispell, Montanan 59901
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, State Bar No. 013979
Of Counsel
RYLEY CARLOCK & APPLEWHITE
One N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 440-4892
Fax: (602) 257-6992
Email: lwahlin@rcalaw.com
*Attorneys for Defendants*

By /s/Elmer Stewart Rhodes