1

2

3

4

5

6

7          **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE DISTRICT OF ARIZONA**

9    MICHAEL ALLEN ROTH,                    NO. 2:12-cv-01268-PHX-SLG

10                         Plaintiff,
                                            ORDER GRANTING UNOPPOSED
11           v.                             MOTION BY PLAINTIFF'S
                                            ATTORNEY ELMER STEWART
12   RICK PATERSON; XAVIER FRAUSTO          RHODES TO WITHDRAW
     AND TERRY FRAUSTO, husband and         APPEARANCE AS ATTORNEY
13   wife; INDIVIDUAL DOES I - X,

14                         Defendants.

15

16          The Court has reviewed the Supplement to Unopposed Motion by Plaintiff's

17   Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney (Docket 31), the

18   Court hereby ORDERS that the Motion by Plaintiff's Attorney Elmer Stewart Rhodes to

19   Withdraw Appearance is GRANTED.

20

21          DATED this 30th day of January, 2014.

22                                                   */s/ Sharon L. Gleason*
                                                     UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28