**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582

Lisa S. Wahlin (Bar No. 013979)
lwahlin@rcalaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Allen Roth, | Case No. 2:12-cv-01268-SLG |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Town of Quartzsite; Jeff Gilbert and Sondra Gilbert, husband and wife; Rick Paterson; Xavier Frausto and Terry Frausto, husband and wife; Individual Does I-X, | |
| Defendants. | |

Pursuant to Local Rule 40.2(d), Defendants provide this Court notice that the parties have reached a settlement and will be filing a Stipulation to Dismiss this action after the settlement has been finalized.

DATED this 19th day of February, 2014.

             **RYLEY CARLOCK & APPLEWHITE**

             By /s/ Lisa S. Wahlin
               Lisa S. Wahlin
               One North Central Avenue, Suite 1200
               Phoenix, AZ 85004-4417
               *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and served the foregoing document by mail on the following, who is not a registered participant of the CM/ECF System:

Michael Allen Roth
P.O. Box 422
Quartzsite, Arizona 85345
*Plaintiff Pro Per*

/s/ *Darlene Dahl*