**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582

Lisa S. Wahlin (Bar No. 013979)
lwahlin@rcalaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Michael Allen Roth, | Case No. 2:12-cv-01268-SLG |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED MOTION TO DISMISS** |
| Town of Quartzsite; Jeff Gilbert and Sondra Gilbert, husband and wife; Rick Paterson; Xavier Frausto and Terry Frausto, husband and wife; Individual Does I-X, | |
| Defendants. | |

The parties, having reached a settlement, stipulate and agree that this action be dismissed with prejudice, each party to bear his own attorneys' fees and costs.

DATED this 19th day of March, 2014.

                                                    **RYLEY CARLOCK & APPLEWHITE**

                                                    By  /s/ Lisa S. Wahlin
                                                         Lisa S. Wahlin
                                                         One North Central Avenue, Suite 1200
                                                        Phoenix, AZ 85004-4417
                                                        *Attorneys for Defendants*

                                                      By  /s/Michael Allen Roth (with permission)
                                                         Michael Allen Roth
                                                         P.O. Box 422
                                                         Quartzsite, AZ 85345
                                                         *Plaintiff Pro Se*

3485028.1
03/19/14

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and served the foregoing document by mail on the following, who is not a registered participant of the CM/ECF System:

Michael Allen Roth
P.O. Box 422
Quartzsite, Arizona 85345
*Plaintiff Pro Per*


/s/ *Darlene Dahl*